Ray MILLER, a Citizen of New Jersey, Plaintiff, v. Morris N. ADELSON and Dina Adelson, His Wife, Citizens of Pennsylvania, Defendants, Appellants.

No. 8509.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 6, 1944.

Decided Jan. 31, 1944.

A. E. Kountz, of Pittsburgh, Pa. (E. O. Golden and Ashe & Ashe, all of Kittanning, Pa., and Kountz, Fry, Staley & Meyer, of Pittsburgh, Pa., on the brief), for appellants.

Maurice Rose, of Philadelphia, Pa. (F. W. Stonecipher, of Pittsburgh, Pa., and Samuel J. Gottesfeld, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the court below, 51 F.Supp. 201, dismissing the appellants' counterclaim, is affirmed because the appellants have stated no cause of action.

UNITED STATES of America v. Harold Lewis BROWDER, Appellant.

No. 8487.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 7, 1944.

Decided Feb. 8, 1944.

Benjamin Goldman, of Philadelphia, Pa. (Herman Weiner and Herbert L. Floum, both of Philadelphia, Pa., on the brief), for appellant.

Edward A. Kallick, of Philadelphia, Pa., for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

UNITED STATES of America, v. Charles Joseph MENG, Appellant.

No. 8409.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 1, 1943.

Decided Feb. 11, 1944.

Hayden C. Covington, of Brooklyn, N. Y. (John G. Kish, of Pittsburgh, Pa., and Victor F. Schmidt, of Middletown, Ohio, on the brief), for appellant.

George Mashank, of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the decision of the Supreme Court in the case of Nick Falbo v. United States of America, 64 S.Ct. 346.